UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Jackson-Shaw Company, a Texas corporation,

        Plaintiff,

vs.                                                       Case No.  3:06-cv-84-J-32MCR

The Jacksonville Aviation Authority, a body
politic and corporate,

        Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Cindy Laquidara's Stipulation for Substitution of Counsel (Doc. 33) filed May 24, 2006, which the Court will treat as a Motion for Substitution of Counsel.  The motion seeks to substitute Ms. Laquidara as co-counsel of record for Defendant in place of Ernst D. Mueller.  Plaintiff's counsel have not objected to this motion.

    Accordingly, after due consideration, it is

    **ORDERED**:

    1.    The Stipulation for Substitution of Counsel (Doc. 33), which the Court treats as a Motion for Substitution of Counsel, is **GRANTED**.

    2.    Ms. Cindy Laquidara shall be substituted as co-counsel of record for Defendant in place of Mr. Ernst D. Mueller.

    3.    This Order does not serve as a modification of any other deadlines set forth in the Case Management and Scheduling Order.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  19th   day of

July, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record